

USAO No. 1999Z00827

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 00-0062 |
| v. | * | SECTION: "LLM" (1) |
| ALLISON PARKER BURBANK | * | |
| Defendant. | * | |
| | * * * | |

## MOTION TO DISMISS

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes plaintiff, United States of America, and respectfully moves to dismiss the above-captioned case pursuant to Federal Rules of Civil Procedure 41(b), because the debt was discharged in bankruptcy.

DATE OF ENTRY
MAY 23 2000

WHEREFORE, plaintiff, United States of America, prays that its motion be granted.

>Respectfully submitted,
>
>EDDIE J. JORDAN, JR.
>UNITED STATES ATTORNEY
>
>_____
>ENEID A. FRANCIS (5816)
>Assistant United States. Attorney
>Hale Boggs Federal Building
>501 Magazine Street, Second Floor
>New Orleans, LA 70130
>Telephone: (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion to Dismiss has been served upon counsel for the defendant by first class mail, postage prepaid on this 15 day of May, 2000.

>_____
>Eneid A. Francis
>Assistant United States Attorney

2

```
                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO.  00-0062 |
| v. | * | |
| | | SECTION: "LLM"(1) |
| ALLISON PARKER BURBANK | * | |
| Defendant. | * | |
| | * * * | |

### O R D E R

Considering the foregoing motion and reasons stated therein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-referenced suit against defendant, Allison Parker Burbank, be dismissed.

May 23, 2000

_____
UNITED STATES DISTRICT JUDGE